

## Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★   ★   ★               ★   ★   ★

# MEMORANDUM OPINION

No. 04-09-00656-CR

**IN RE** John **RICH**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   November 11, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On October 15, 2009, relator John Rich filed a petition for writ of mandamus, seeking to compel the trial court to rule on his *pro se* "Motion for Invoking 6th Amendment Right to Self Representation."

However, on October 26, 2009, the trial court ruled on relator's motion. Therefore, we DENY AS MOOT relator's petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2008-CR-4084, styled *State of Texas v. John Rich,* in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.